E-filing

FILED
OCT 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ADR

Eunice Parquet Sr. Does
1-100
    Plaintiff,

vs.  Attorney
Allstate Insurance
Corp. Does 1-100 Defendant.

CASE NO. C08-04912 VRW

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Eunice Parquet, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 380 per wk   Net: 324 per wk

Employer: ADP 1990 It was a rehap Trial to work

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary and
APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                     - 1 -

1 | wages per month which you received.
2 | None
3 |
4 |
5 | 2. Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |     a. Business, Profession or      Yes ___ No _✓_
8 |         self employment
9 |     b. Income from stocks, bonds,      Yes ___ No _✓_
10 |         or royalties?
11 |     c. Rent payments?      Yes ___ No _✓_
12 |     d. Pensions, annuities, or      Yes _✓_ No ___
13 |         life insurance payments?
14 |     e. Federal or State welfare payments,      Yes _✓_ No ___
15 |         Social Security or other govern-
16 |         ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | State Food Stamp from $298 to $162
20 | per month, SSA $1788 per month
21 | 3. Are you married?      Yes _✓_ No ___
22 | Spouse's Full Name: Richard Parquet Sr.
23 | Spouse's Place of Employment: None - Disabled, Retiresum
24 | 1977 Spouse's Monthly Salary, Wages or Income:
25 | Gross $ SSA 1466 Net $
26 | 4.   a. List amount you contribute to your spouse's support: $
27 |     b. List the persons other than your spouse who are dependent upon you for support and
28 |         indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

| | |
|---|---|
| 1 | list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |
| 2 | _____ |
| 3 | _____ |
| 4 | 5. Do you own or are you buying a home?    Yes ✓  No ✓ |
| 5 | Estimated Market Value: $ 37,000  Amount of Mortgage: $ 840 |
| 6 | In Foreclosure  6. Do you own an automobile?    Yes ✓  No ___ |
| 7 | Make ~~Honda~~ Buick  Year 2002  Model Tranco |
| 8 | Is it financed? Yes ✓  No ___  If so, Total due: $ 26,000 |
| 9 | Monthly Payment: $ 552.81 per mo |
| 10 | 7. Do you have a bank account? Yes ✓  No ___ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: Washington Mutual |
| 12 | San Lorenzo, CA, Wells Fargo Castro Valley |
| 13 | CA  Present balance(s): $ = 464   cents 2.06 |
| 14 | Do you own any cash? Yes ___ No ___ Amount: $ 46.20 |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated market |
| 16 | value.)  Yes ___  No ✓ |
| 17 | _____ |
| 18 | 8. What are your monthly expenses? |
| 19 | Rent: $ 2132  Utilities: Don't know just moved |
| 20 | Food: $ 500  Clothing: $150 per month |
| 21 | Charge Accounts: |
| 22 | Name of Account        Monthly Payment         Total Owed on This Account |
| 23 | _____  $ _____  $ _____ |
| 24 | _____  $ _____  $ _____ |
| 25 | _____  $ _____  $ _____ |
| 26 | 9. Do you have any other debts? (List current obligations, indicating amounts and to whom they |
| 27 | are payable. Do not include account numbers.) |
| 28 | Loss all because Allstate did not pay our claim |

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

This different Allstate did pay my Insurance claim in Superior Court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/27/08                              [signature: Renee Parquet Sr.]
DATE                                  SIGNATURE OF APPLICANT