FILED

MAY 20 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUNICE PARQUET, SR,                     No CV 08-04912 VRW

    Plaintiff,

    v                                   ORDER

ALLSTATE INSURANCE CORP,

    Defendant.

_____/

    Plaintiff Eunice Parquet, Sr filed a complaint against defendant Allstate Insurance Corp on October 27, 2008.  On the same day, plaintiff filed a motion for leave to proceed in forma pauperis.  On November 4, 2008, the court issued an order denying this motion and ordering plaintiff to make a partial payment of $5.00 rather than the full filing fee of $350.00.  The order stated, "Failure to pay the filing fee [within 30 days from the date of the order] will result in dismissal of the action without prejudice."  The order was served on plaintiff through the United

1  States Postal Service.
2           As of the date of this order, plaintiff has not made any
3  payment.  Accordingly, this action is dismissed without prejudice.

5           IT IS SO ORDERED.

                                    VAUGHN R WALKER
                                    United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE PARQUET,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE CORP. et al,<br><br>　　　　Defendant.                     / | Case Number: C08-4912 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eunice Parquet
22078 Arbor Avenue, #222
Hayward, CA 94541

Dated: May 20, 2009

　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　By: Cora Klein, Deputy Clerk

　　　　　　　　　　　　　　　　　*Cora Klein*

Eunice Parquet
22078 Arbor Avenue, #222
Hayward, CA 94541


C08-4912 VRW